UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROBERT SEAWICK )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>FAIRFAX COUNTY SCHOOL BOARD )<br>)<br>    Defendant. )<br>_____) | No. 1:11-cv-1064 (AJT/TRJ) |

## ORDER

This matter is before the Court on defendant Fairfax County School Board's Motion to Dismiss for Failure to State a Claim [Doc. No. 4]. Upon consideration of the motion, the memoranda in support thereof and in opposition thereto, and the arguments of counsel at a hearing on March 2, 2012, and for the reasons stated in open court at that hearing, it is hereby

ORDERED that defendant's Motion to Dismiss for Failure to State a Claim [Doc. No. 4] be, and the same hereby is, GRANTED as to the defamation claim and the wrongful termination claim and that those claims be, and the same hereby are, DISMISSED. The claim of retaliation in violation of Title VII is unaffected by this Order.

The Clerk is directed to forward copies of this Order to all counsel of record and to plaintiff Robert Seawick, *pro se*.

                  /s/
               Anthony J. Trenga
               United States District Judge

Alexandria, Virginia
March 2, 2012